```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 18872
   TODD ANTHONY MITCHELL SR
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4816

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 11/19/2007 and was not confirmed.

     The case was dismissed without confirmation 01/30/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
RONALD R PETERSON CHPTR    NOTICE ONLY    NOT FILED          .00            .00
ADVANCE AMERICA            UNSECURED      NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED        2124.87          .00            .00
CITY OF CHICAGO            UNSECURED      NOT FILED          .00            .00
CREDIT ACCEPTANCE CORP     UNSECURED      NOT FILED          .00            .00
FIRST CASH ADVANCE         UNSECURED      NOT FILED          .00            .00
GENERAL MOTORS ACCEPTANC   UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED      NOT FILED          .00            .00
JEFFERY L BENSON           DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                        231.41

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  231.41

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                 231.41
                      --------------     --------------
TOTALS                   231.41                231.41
```

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 18872 TODD ANTHONY MITCHELL SR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE